IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| In Re:<br>Asbestos Products<br>Liability Litigation | |
| Susan Maria Welch Pierce, as Personal Representative of the Estate of Donald E. Welch, Deceased, and Olga O. Welch,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Owens-Illinois, Inc., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 2:08-cv-00588-ASB |

## **CONSENT ORDER OF DISMISSAL**

The above-entitled action is now pending in this Court.

NOW comes Motley Rice , L.L.C., Attorneys for the Plaintiffs, and moves for an Order of Dismissal with prejudice as to Defendant Owens-Illinois, Inc. and

With the consent of Nelson Mullins Riley & Scarborough, LLP, Attorneys for Owens-Illinois, Inc.,

ORDERED that the Plaintiffs be granted an Order of Dismissal with prejudice in the above-entitled matter as to Owens-Illinois, Inc. only. Each party to bear its own costs.

AND IT IS SO ORDERED.

2:08-cv-00588-DCN     Date Filed 04/02/15     Entry Number 87     Page 2 of 2



**DAVID C. NORTON**
**UNITED STATES DISTRICT JUDGE**

**April 2, 2015**
**Charleston, South Carolina**

| WE SO MOVE: | WE CONSENT: |
|---|---|
| MOTLEY RICE, L.L.C. | NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. |
| s/W. Christopher Swett | s/Robert O. Meriwether |
| W. Christopher Swett | Robert O. Meriwether |
| Post Office Box 650001 | Post Office Box 11070 |
| Mt. Pleasant, SC  29465 | Columbia, SC  29211 |
| Attorneys for Plaintiffs | Attorneys for Owens-Illinois, Inc. |