UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Susan Maria Welch Pierce, as Personal Representative Of the Estate of Donald E. Welch, deceased, and Olga O. Welch, | ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | SC: 2:08-CV-00588 |
| OWENS ILLINOIS, et al. | ) ) | |
| Defendants | ) | |

ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiff, Susan Maria Welch Pierce, as Personal Representative of the Estate of Donald E. Welch, deceased and Plaintiff Olga O. Welch, to dismiss General Electric Company with prejudice.

It appears that good cause exists to permit Plaintiffs to so dismiss this action against Defendant General Electric Company.

It is therefore ORDERED, ADJUDGED, and DECREED that all claims of Plaintiffs against General Electric Company are hereby DISMISSED WITH PREJUDICE.

This 14th day of July, 2015.

David C. Norton
United States District Court Judge